**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois corporation, <br><br> Defendants. | Civil Action No. 12-cv-6068 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Jeffrey Cole |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED:**

_____
Matthew F. Kennelly
United States District Judge

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Kirsten L. Thomson<br>Kirsten L. Thomson (ID No. 6293943)<br>(thomson@mbhb.com)<br>McDonnell Boehnen Hulbert<br>& Berghoff LLP<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>Tel.: (312) 913-0001<br>Fax: (312) 913-0002<br><br>Marc A. Fenster<br>(mfenster@raklaw.com)<br>Andrew D. Weiss<br>(aweiss@raklaw.com)<br>Fredricka Ung<br>(fung@raklaw.com)<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Tel.: (310) 826-7474<br>Fax: (310) 826-6991<br><br>*Attorneys for Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. ImageBased Surgicenter Corp.* | /s/ Nicole M. Murray<br>Nicole M. Murray (Bar No. 6278103)<br>nicole.murray@quarles.com<br>Christopher J. Fahy (Bar No. 6286130)<br>christopher.fahy@quarles.com<br>QUARLES & BRADY LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, Illinois 60654<br>Tel: (312) 715-5000<br>Fax: (312) 715-5155<br><br>*Counsel for Defendants The University of Chicago Medical Center; The University of Chicago* |

**CERTIFICATE OF SERVICE**

I hereby certify that (1) I am an attorney admitted to appear before this Court and (2) I caused a true and correct copy of the foregoing document to be served upon the attorneys of record on this 18th day of December, 2012 via ECF.

/s/ Kirsten L. Thompson
One of the Attorneys for Plaintiffs